## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHELLE HOUCKS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:20-CV-02299-EFM-KGG |
| ) | |
| **OWENS CORNING INSULATING** ) | |
| **SYSTEMS, LLC,** ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Michelle Houcks and Defendant Owens Corning Insulating Systems, LLC by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear her/its own attorneys' fees and costs.

**SO STIPULATED:**

By: */s/ Megan Lowe Stiles*
   Marc N. Middleton   D. Kan. #24458
   m.middleton@cornerstonefirm.com
   Megan L. Stiles   D. Kan. #78642
   m.stiles@cornerstonefirm.com
   CORNERSTONE LAW FIRM
   5821 NW 72nd Street
   Kansas City, Missouri 64151
   Telephone   (816) 581-4040
   Facsimile   (816) 741-8889

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Melody L. Rayl*
   Melody L. Rayl   Kan. No. 23730
   Lauren M. Sobaski   Kan. No. 27585
   **FISHER & PHILLIPS, LLP**
   4900 Main Street, Suite 650
   Kansas City, Missouri 64112
   TEL: (816) 842-8770
   FAX:(816) 842-8767
   Email: mrayl@fisherphillips.com
   Email: lsobaski@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of February 2021, a true and accurate copy of the foregoing was e-filed with the Court which sends notice to the following attorneys of record:

Melody L. Rayl          mrayl@fisherphillips.com
Lauren M. Sobaski    lsobaski@fisherphillips.com
FISHER & PHILLIPS, LLP
4900 Main Street, Suite 650 Kansas City, Missouri 64112
TEL: (816) 842-8770
FAX: (816) 842-8767

**ATTORNEYS FOR DEFENDANT**

By: /s/ Megan Lowe Stiles
*Attorney for Plaintiff*